THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEACON HOTEL CORPORATION, Appellant-Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [2124 Broadway, Borough of Manhattan.] — Final order appealed from modified so as to provide for the fixing of the assessed valuation of the property as follows:

| Year | Land | Building | Total |
| --- | --- | --- | --- |
| 1942–43 | $875,000 | $1,375,000 | $2,250,000 |
| 1943–44 | 875,000 | 1,350,000 | 2,225,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents: Insofar as the order appealed from fixes assessed valuation for the year 1942–43, it should be affirmed; insofar as it fixes assessed valuation for the year 1943–44, it should be modified; the assessed valuation for the year 1943–44 should be: Land $913,000, Building $1,622,000, Total $2,535,000. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RIVERSIDE 95TH STREET, INC., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [230 Riverside Drive, Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the relator-appellant, and the proceeding remitted for a new trial. (See *People ex rel. Transboro Realty Corp.* v. *Miller*, 269 App. Div. 72.) Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN A. MCCARTHY & CO., INC., Respondent, v. PHILIP S. HILL et al., as Executors of WILLIAM F. CUNNINGHAM, Deceased, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *post*, p. 834.]

JOHN F. HERGOTT, Individually and as Administrator of the Estate of CECILIA HERGOTT, Deceased, Appellant, v. PORT OF NEW YORK AUTHORITY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

WALTER W. IRWIN, Respondent, v. SAILING W. BARUCH, Defendant, and HARTWIG N. BARUCH et al., Copartners Doing Business under the Name of H. HENTZ & Co., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of CHARLOTTE HARTSTEIN, Respondent, against SAMUEL HARTSTEIN, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [s. c. 184 Misc. 989.]

PEARL ASSURANCE COMPANY, LTD., Appellant, v. PHILIP EPSTEIN et al., Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *post*, p. 835.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH BIELLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EAST RIVER SAVINGS BANK, Respondent, v. ROSA VETTEL, Appellant, et al., Defendants.— Judgments and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *post*, p. 929.]

HENRY L. BURKITT, Respondent, v. NEW YORK PAPER CO., INC., et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.